# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

December 30, 2011

**BY ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Gaetano Gallo; 11 Cr. 0030 (KAM)**

Dear Judge Matsumoto:

I represent defendant Gaetano Gallo and write to respectfully request a two month adjournment of the sentencing now scheduled for January 30, 2012. I did not receive a copy of the Presentence Investigation Report at least 35 days prior to the scheduled sentencing. I also will be out of the state for most of January to attend to personal matters, including a major surgical procedure involving an immediate family member. I anticipate that the Government will not object to this request.

Thank you for your consideration in this regard.

Respectfully submitted,

*Joel Winograd*

Joel Winograd

cc: AUSA Elizabeth Geddes (by e-file)

JW/rb
GALLO145178