# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

June 7, 2012

**BY ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re: United States v. Gaetano Gallo; 11 Cr. 30 (KAM)**

Dear Judge Matsumoto:

   I represent defendant Gaetano Gallo and respectfully request, with the Government's consent, an adjournment of the sentencing date from June 11, 2012 to July 23, 2012. The defendant intends to submit medical records to the Court.

          Respectfully submitted,

          Joel Winograd

cc:  All Counsel (by ECF)

JW/ak
Encl.
GALL1004