

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EAG:GMP<br>F.#2010R00153 | *271 Cadman Plaza East*<br>*Brooklyn, New York  11201* |

July 12, 2012

By Hand Delivery and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Gaetano Gallo
      Criminal Docket No. 11-30 (KAM)

Dear Judge Matsumoto:

  Due to scheduling conflicts, the government respectfully requests that the Court adjourn the sentencing hearing currently scheduled for July 26, 2012, to a date in mid-August 2012, or to a date thereafter that is convenient to the Court.  Defense counsel consents to this adjournment request.

           Respectfully submitted,

           LORETTA E. LYNCH
           United States Attorney

       By:   /s/
           Elizabeth A. Geddes
           Allon Lifshitz
           Gina Parlovecchio
           Assistant U.S. Attorneys

cc:  Clerk of the Court (KAM) (by ECF)
   Joel Winograd, Esq. (by ECF)